Mark A. Ozzello (SBN 116595)
Mark.Ozzello@capstonelawyers.com
Brandon K. Brouillette (SBN 273156)
Brandon.Brouillette@capstonelawyers.com
Joseph Hakakian (SBN 323011)
Joseph.Hakakian@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff Carlos Anaya

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ANAYA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MARS PETCARE US, INC., a Delaware corporation; MARS, INCORPORATED, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:21-cv-01603-PSG-KK<br><br>[Hon. Philip S. Gutierrez]<br><br>**DECLARATION OF MARK OZZELLO IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**<br><br>Date:  December 3, 2021<br>Time:  1:30 p.m.<br>Place:  Courtroom 6A<br><br>Complaint Filed: November 1, 2019 |

## **DECLARATION OF MARK OZZELLO**

1. I am an attorney at law duly licensed to practice before all courts in the State of California. I am Senior Counsel with the law firm of Capstone Law APC ("Capstone"). Capstone is counsel of record for Plaintiff Carlos Anaya ("Plaintiff") in the above-captioned matter. Unless otherwise indicated, I have personal knowledge of the following facts based on my personal experiences, or on information with which I was provided and reviewed and, if called as a witness, I could and would testify competently to such facts under oath. I make this declaration in support of Plaintiff's Motion to Remand.

2. Plaintiff filed a First Amended Complaint ("FAC") on December 23, 2019, which added a cause of action under the Private Attorneys' General Act ("PAGA"), Labor Code section 2698, *et seq.*, to recover civil penalties and any other available relief on behalf of Plaintiff, the State of California, and other current and former employees who worked as non-exempt, hourly-paid employees at Defendant's California facilities and who received at least one wage statement since October 8, 2018. Defendants were served with the FAC on December 31, 2019. Plaintiff included with the FAC as an exhibit his October 18, 2019 PAGA notice letter, which he filed online with the California Labor & Workforce Development Agency ("LWDA") and sent by certified mail to Defendants.

3. Following coordination petitions filed by Defendants, this action was coordinated with *Arroyo v. Mars Petcare US, Inc. et al.*, Case No. CIVDS1933016 on June 30, 2020, and then additionally with *Martinez-Salgado v. Red Collar Pet Foods, Inc.et al.*, Case No. CIVDS2018708, in San Bernardino County Superior Court as *In re: Mars Petcare Wage and Hour Cases*, JCPDS5093.

4. Defendants removed the action to federal court on September 20, 2021, over two years after Plaintiff filed the action and approximately 629 days

1  after Defendants were served the FAC on December 31, 2019.

2      5.     Pursuant to Local Rule 7-3, Plaintiff attempted to meet and confer with counsel for Defendant on October 19th and again on the 20th, 2021. Counsel for Defendant indicated they were unavailable to confer until October 26th or 27th. Then, late in the day on the 20th, counsel indicated they had considered the various positions set forth in the email of that morning and were willing to meet and confer. As such, the Parties met and conferred in detail at 5:30 pm on the 20th, satisfying the spirit of Rule 7-3. The issues set forth in Plaintiff's email, outlining the reasons for Remand, were discussed and argued. Unfortunately, the parties could not come to an agreement. Plaintiff has reached out to Defendants and indicated that if Defendants want to further meet and confer Plaintiff is always available. As such, a further Declaration shall be forthcoming regarding the continuing efforts by counsel for Plaintiff to informally resolve the issues presented by this Motion. If those efforts are successful, the Motion will be taken off-calendar.

    6.     I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 20th day of October 20, 2021, at Los Angeles, California.

                                             /s/ Mark A. Ozzello
                                             Mark A. Ozzello