Mark A. Ozzello (SBN 116595)
Mark.Ozzello@capstonelawyers.com
Brandon Brouillette (SBN 273156)
Brandon.Brouillette@capstonelawyers.com
Joseph Hakakian (SBN 323011)
Joseph.Hakakian@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:  (310) 943-0396

Attorneys for Plaintiff Carlos Anaya

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ANAYA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MARS PETCARE US, INC., a Delaware corporation; MARS, INCORPORATED, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:21-CV-01603-PSG-KK<br>Related Case: 5:18-cv-01021-PSG-KK<br><br>Honorable Philip S. Gutierrez.<br><br>CLASS AND ENFORCEMENT ACTION<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO STAY ACTION**<br><br>Complaint Filed:   November 1, 2019<br>FAC Filed:              December 17, 2021<br>Removal Date:      August 21, 2020 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Plaintiff Carlos Anaya ("Plaintiff") and Defendants Mars Petcare US, Inc. and Mars Incorporated (collectively, "Defendants") (Plaintiff and Defendants are collectively referred to herein as "the Parties") have reached a settlement of this action.

Specifically, in January 2022, the Parties in the action *Frank Ayon and Gregory Spencer v. Red Collar Pet Foods, Inc*. Superior Court of the State of California, County of San Bernardino, Case No. CIVDS2019018, reached a class action settlement that fully released Plaintiff's claims in this action. As a result, Plaintiff's counsel determined that further prosecution of Plaintiff's class action and PAGA claims was no longer viable and subsequently reached a resolution of this action which was memorialized in an amendment to the settlement agreement that was reached in *Ayon*.

In light of the settlement, the Parties request that the Court stay this action through a final judgment approving the *Ayon* class action settlement in San Bernardino Superior Court. A hearing on Plaintiff's Motion for Final Approval is currently set for May 18, 2023. If and when the settlement is finally approved by the Court, the Parties will promptly file a stipulation to dismiss this action in its entirety.

Dated: December 22, 2022

Respectfully submitted,

CAPSTONE LAW APC

By: */s/ Brandon Brouillette*
Mark A. Ozzello
Brandon Brouillette
Joseph Hakakian

Attorneys for Plaintiff Carlos Anaya